**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JACK CHARLEBOIS,

        Plaintiff,                      Case No. 07-12551
                                                  Hon. Anna Diggs Taylor
v.                                                     Magistrate Judge Donald A. Scheer

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Donald A. Scheer's Report and Recommendation of November 19, 2007, granting Defendant's motion for summary judgment, and dismissing Plaintiff's Complaint.

The court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the court will accept the Magistrate's Report and Recommendation of November 19, 2007 as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Scheer's Report and Recommendation of November 19, 2007 is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED and Plaintiff, Jack Charlebois' Complaint is dismissed and the Commissioner's decision is hereby AFFIRMED for the reasons stated in Magistrate's Report and Recommendation.

IT IS SO ORDERED.

DATED: July 2, 2008                                          **s/Anna Diggs Taylor**
                                                                   ANNA DIGGS TAYLOR
                                                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order and Judgmentwas served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 2, 2008.

Jack Charlebois
2760 1st Street
Wyandotte, MI 48192

                                            s/Johnetta M. Curry-Williams
                                            Case Manager